IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| LUKE TORNQUIST, | ) |
| Defendant. | ) Civil Action No. 3:18-MC-056-C |
| v. | ) |
| SLR MEDICAL CONSULTING, LLC, | ) |
| Movant. | ) |

## ORDER

Movant SLR Medical Consulting, LLC has filed a Motion to Quash Subpoena. Movant— a company located in Dallas, Texas—seeks to quash a subpoena to produce documents, information, or other objects recently served by Luke Tornquist, a defendant in Civil Action No. 1:17-CV-399-LMM, which is currently pending in the United States District Court for the Northern District of Georgia (the Georgia Litigation). The Court takes judicial notice that the most recent scheduling order entered in that case requires all discovery to be closed by November 9, 2018, and the Court therefore issues an expedited briefing schedule in this miscellaneous action.

IT IS ORDERED that Movant shall serve a copy of its Motion to Quash and a copy of this Order on all parties in the Georgia Litigation no later than 3:00 p.m. on Monday, August 27, 2018.

IT IS, FURTHER, ORDERED that any response to Movant's Motion to Quash must be filed by 3:00 p.m. on Tuesday, September 4, 2018. No reply will be considered unless otherwise ordered.

SO ORDERED this 23rd day of August, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE